1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEREMY L. JAMISON,                          No.  2:13-cv-1639 DAD P

12                     Plaintiff,

13           v.                                    ORDER

14    RICHARDSON, et al.,

15                     Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20    plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21    certified copy of his prison trust account statement for the six month period immediately

22    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23    opportunity to submit a completed in forma pauperis application and a certified copy in support of

24    his application.

25           In accordance with the above, IT IS HEREBY ORDERED that:

26           1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28    of Court;

                                                    1

1   2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2 Forma Pauperis By a Prisoner; and

3   3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4 his prison trust account statement for the six month period immediately preceding the filing of the

5 complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

6 action be dismissed without prejudice.

7 Dated:  August 14, 2013

8

9             DALE A. DROZD

10           UNITED STATES MAGISTRATE JUDGE

 DAD:mp

11 jami1639.3c+new

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28